UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20062-CR-COOKE

UNITED STATES OF AMERICA,

       Plaintiff,

Vs.

JOSE ROJO,

       Defendant.
_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

THIS MATTER was referred to the Honorable William C. Turnoff, United States Magistrate Judge, for a Report and Recommendation as to the appropriateness of Defense Counsel's VCJA voucher for attorney's fees. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the Magistrate Judge's Report and Recommendation present (ECF No.232), and being otherwise fully advised in the premises, it is

**ORDERED and ADJUDGED** that United States Magistrate Judge William C. Turnoff's Report and Recommendation is **AFFIRMED and ADOPTED**.

**DONE and ORDERED** in Chambers at Miami, Florida, this 5th day of February 2014.

_____
MARCIA G. COOKE
United States District Judge